# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

MARK BODENLOS,                                             Civil Action No. 2:15-cv-00488

    Plaintiff,

vs.

UNION PACIFIC RAILROAD COMPANY,
a Delaware corporation,

    Defendant.

## PLAINTIFF'S DISCLOSURE STATEMENT

The undersigned counsel of record for the Plaintiff, Mark Bodenlos, furnishes the following disclosure pursuant to Federal Rule of Civil Procedure 7.1:

Mark Bodenlos is a natural person and, as such, has no parent corporation and there is no publicly held corporation owning 10% or more of its stock.

Respectfully submitted,

Dated April 24, 2015                      BREMSETH LAW FIRM, P.C.

                                          By: /s/Fredric A. Bremseth
                                               Fredric A. Bremseth
                                               Keith E. Ekstrom
                                     601 Carlson Parkway, Suite 995
                                     Minnetonka, Minnesota 55305
                                     Telephone: (952) 475-2800
                                     fbremseth@bremseth.com
                                     kekstrom@bremseth.com

                                     Attorneys for Plaintiff